**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1847**

———————

PAYTAWN ANDREW ERSKINE,

        Plaintiff - Appellant,

    v.

ACCENTURE FEDERAL SERVICES, LLC; JOHN B. GOODMAN,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:25-cv-00089-JKB)

———————

Submitted:  February 26, 2026                    Decided:  March 2, 2026

———————

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Paytawn Andrew Erskine, Appellant Pro Se.  Daniel J. Fazio, DAN FAZIO LAW LLC, Chicago, Illinois, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paytawn Andrew Erskine appeals the district court's orders denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment and motion to file a second amended complaint and granting Defendants' Fed. R. Civ. P. 12(b)(6) motion, dismissing his amended civil action, and denying his motion for a preliminary injunction.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Erskine v. Accenture Fed. Servs., LLC*, No. 1:25-cv-00089-JKB (D. Md. May 22 & June 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Erskine filed motions to extend the time for filing his reply brief and for leave to file his reply brief before this court. We grant those motions.